IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL PERRAULT,

      Plaintiff,                      No. CIV S-06-1353 DFL CMK P

  vs.

C.P.S., et al.,

      Defendants.               ORDER

_____/

        Plaintiff, a prisoner at Trinity County Jail, has filed a document styled "grand jury citizen complaint," seeking a remedy for slander, defamation of character and discrimination (Doc. 1).  No other pleadings have been filed by the plaintiff.  In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action has been properly commenced.  Therefore, plaintiff's "citizen complaint" will be dismissed with leave to amend.  Plaintiff will be provided the opportunity to file a complaint which properly invokes this court's jurisdiction and raises cognizable claims, and to submit an application requesting leave to proceed in forma pauperis or

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

to submit the appropriate filing fee.   Plaintiff is cautioned that failure to file an amended complaint pursuant to this order may result in dismissal of the entire action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 11-110.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's June 19, 2006 grand jury "citizen complaint" is dismissed with leave to amend;

2.  Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint;

3.  Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00; and

4.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action by a prisoner, and the application to proceed in forma pauperis by a prisoner.

DATED:   August 7, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

/mp
perr 06cv1353.nocmp