1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PAUL PERRAULT,                    No. CIV S-06-1353-DFL-CMK

12              Plaintiff,

13        vs.                          <u>ORDER</u>

14   C.P.S., et al.,

15              Defendants.

16   _____/

17              Plaintiff, who is no longer in custody, filed a document apparently seeking a

18   remedy for alleged slander, defamation of character, and discrimination.  On August 8, 2006, the

19   court issued an order dismissing the "complaint" with leave to amend.  Plaintiff was provided the

20   court's form civil rights complaint and directed to file a complaint within 30 days which properly

21   invokes this court's jurisdiction and raises cognizable claims.  Plaintiff was also directed to either

22   file an application for leave to proceed in forma pauperis or pay the $350.00 statutory filing fee.

23   Plaintiff filed a notice of change of address on August 22, 2006, and the court's order was re-

24   served on August 23, 2006.  Now pending before the court is plaintiff's application for leave to

25   proceed in forma pauperis and an apparent request for an extension of time to file a complaint as

26   directed by the court's August 8, 2006, order.

1    In plaintiff's in forma pauperis application, plaintiff does not answer several of the

2    questions posed.  Specifically, he does not state whether he is currently employed or whether he

3    has received any sources of money during the past 12 months.  Plaintiff will be provided another

4    opportunity to submit either a completed application to proceed in forma pauperis or the

5    appropriate filing fee.

6    With respect to filing a complaint which properly commences this action, plaintiff

7    will be granted an additional 30 days to comply .

8    Plaintiff is again warned that failure to comply with this order may result in the

9    dismissal of this action.  See Local Rule 11-110.

10   Accordingly, IT IS HEREBY ORDERED that:

11   1.    Plaintiff shall submit on the form provided by the Clerk of the Court,

12   within 30 days from the date of this order, a complete application for leave to proceed in forma

13   pauperis, including the required affidavits and certifications, or the appropriate filing fee;

14   2.    Plaintiff shall file, within 30 days from the date of this order, a complaint

15   that complies with the requirements of the Federal Rules of Civil Procedure; and

16   3.    The Clerk of the Court is directed to send plaintiff a new form Application

17   to Proceed In Forma Pauperis and the court's form civil rights complaint.

18   DATED:   August 30, 2006.

19

20   _____

**CRAIG M. KELLISON**

21   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

2