IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PERRAULT, | No. CIV S-06-1353-DFL-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| C.P.S., et al., | |
|     Defendants. | |
| _____ / | |

    Plaintiff, who is no longer in custody, filed a document apparently seeking a remedy for alleged slander, defamation of character, and discrimination.

    On August 8, 2006, the court issued an order dismissing the "complaint" with leave to amend. Plaintiff was provided the court's form civil rights complaint and directed to file a complaint within 30 days which properly invokes this court's jurisdiction and raised cognizable claims. On September 29, 2006, the court extended the time for plaintiff to comply by 30 days. As of October 30, 2006, plaintiff had not complied and, on that date, the court issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110. On November 3, 2006, plaintiff filed a complaint, which the court will address by separate order. Accordingly, the

1

1 | October 30, 2006, findings and recommendations are hereby vacated.
2 |         IT IS SO ORDERED.
3 |
4 | DATED: November 8, 2006.
5 |
6 | **CRAIG M. KELLISON**
7 | UNITED STATES MAGISTRATE JUDGE