IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PERRAULT,<br><br>      Plaintiff,<br><br>vs.<br><br>C.P.S., et al.,<br><br>      Defendants. | Case No. 2:06-cv-1353-RRB<br><br>**ORDER ADOPTING<br>FINDINGS AND RECOMMENDATIONS** |

      Plaintiff Paul Perrault ("Plaintiff"), proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rules of the Eastern District of California.

      On January 19, 2007, Magistrate Judge Craig M. Kellison filed Findings and Recommendations (Docket 24) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days.  Plaintiff did not file objections within the allotted time.

      Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the

provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has considered the relevant pleadings filed in this matter, and, noting no objections by Plaintiff, finds the Magistrate's Findings and Recommendations (Docket 24) to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  The Findings and Recommendations (Docket 24) filed on January 19, 2007, are adopted in full;

2.  This action is dismissed with prejudice.

ENTERED this 16th day of August, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE